# Exhibit 1

# Convergent Media Solutions LLC
8616 Turtle Creek Blvd.
Suite 521
Dallas, Texas 75225

_____

May 19, 2015

**VIA FEDEX**

| | |
|---|---|
| General Counsel | General Counsel |
| D. Wayne Watts | AT&T, Inc. |
| AT&T, Inc. | CT Corporation System |
| 208 S. Akard St., Suite 3702 | 1999 Bryan St., Suite 900 |
| Dallas, TX 75202 | Dallas, TX 75201 |

    Re:    Convergent Media Solutions LLC Patent Portfolio

Dear Counsel:

Convergent Media Solutions LLC ("Convergent") is the owner of a patent portfolio developed by Richard Reisman. The portfolio includes numerous patents and patent applications drawn to, among other things, convergent media functionality. I have included as Exhibit A to this letter a list identifying patents and patent applications included in the Convergent patent portfolio.

Convergent believes that AT&T may be interested in acquiring or licensing the Convergent patent portfolio. To facilitate AT&T's review, I have included with this letter copies of several patents[1] (Exhibits B1-D1) that Convergent believes are particularly relevant to AT&T's current systems and services, as well as representative claim charts (Exhibits B2-D2) that illustrate how AT&T systems and services utilize the patented technology.

Please let me know if AT&T is interested scheduling a meeting with Mr. Reisman and me to discuss the Convergent patent portfolio. If so, we are generally

---

[1] U.S. Patent Nos. 8,850,507; 8,914,840; and 8,640,183.

Mr. D. Wayne Watts
May 19, 2015
Page 2

available to meet in late June / early July.  I will be traveling for the next few weeks, so e-mail (dwhite@si-solutions.co) is the best way to reach me.

                                                Sincerely,

                                                David White