# Exhibit A

**EXHIBIT A**

| Patent No. | Application No. | Filing Date | Grant Date | Title | Status |
|---|---|---|---|---|---|
| 7406436 | 10/103,343 | 3/21/02 | 7/29/08 | Method and apparatus for collecting, aggregating and providing post-sale market data for an item | Active |
| 8036929 | 11/679,077 | 2/26/07 | 10/11/11 | Method and apparatus for collecting, aggregating and providing post-sale market data for an item | Active |
| 8554600 | 13/213,956 | 8/19/11 | 10/8/13 | Method and apparatus for collecting data for an item | Active |
| 8688504 | 13/919,845 | 6/17/13 | 4/1/14 | Method and apparatus for collecting data for an item | Active |
|  | 14/076,742 | 11/11/13 |  | Method and apparatus for collecting data for an item | Pending |
| 7751628 | 10/328,327 | 12/23/02 | 7/6/10 | Method and apparatus for progressively deleting media objects from storage | Active |
| 8023751 | 12/785,368 | 5/21/10 | 9/20/11 | Method and apparatus for progressively deleting media objects from storage | Active |
| 8422733 | 13/213,917 | 8/19/11 | 4/16/13 | Method and apparatus for progressively deleting media objects from storage | Active |
|  | 14/012,613 | 8/28/13 |  | Method and apparatus for progressively deleting media objects from storage | Pending |
|  | 14/535,156 | 11/6/14 |  | Method and apparatus for progressively deleting media objects from storage | Pending |
| 7899915 | 10/434,042 | 5/8/03 | 3/1/11 | Method and apparatus for browsing using multiple coordinated device sets | Active |
| 8161172 | 12/553,014 | 9/2/09 | 4/17/12 | Method and apparatus for browsing using multiple coordinated device sets | Active |
| 8527640 | 12/552,992 | 9/2/09 | 9/3/13 | Method and apparatus for browsing using multiple coordinated device sets | Active |
| 7987491 | 10/434,032 | 5/8/03 | 7/26/11 | Method and apparatus for browsing using alternative linkbases | Active |
| 8813125 | 13/094,505 | 4/26/11 | 8/19/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8631456 | 13/662,246 | 10/26/12 | 1/14/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8875215 | 14/148,654 | 1/6/14 | 10/28/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8640183 | 13/662,213 | 10/26/12 | 1/28/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8914840 | 14/148,630 | 1/6/14 | 12/16/14 | Method and apparatus for browsing using alternative linkbases | Active |
|  | 13/662,149 | 10/26/12 |  | Method and apparatus for browsing using multiple coordinated device sets | Pending |
| 8646020 | 13/662,196 | 10/26/12 | 2/4/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8661495 | 13/662,233 | 10/26/12 | 2/25/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8689273 | 13/670,024 | 11/6/12 | 4/1/14 | Method and apparatus for browsing using alternative linkbases | Active |
|  | 13/670,192 | 11/6/12 |  | Method and apparatus for browsing using multiple coordinated device sets | Pending |
| 8898722 | 14/148,594 | 1/6/14 | 11/25/14 | Method and apparatus for browsing using | Active |

| Patent No. | Application No. | Filing Date | Grant Date | Title | Status |
|---|---|---|---|---|---|
| | | | | alternative linkbases | |
| 8893212 | 14/148,661 | 1/6/14 | 11/18/14 | Method and apparatus for browsing using alternative linkbases | Active |
| 8850507 | 14/148,648 | 1/6/14 | 9/30/14 | Method and apparatus for browsing using alternative linkbases | Active |
| | 14/533,075 | 11/4/2014 | | Method and apparatus for browsing using alternative linkbases | Pending |
| | 14/534,154 | 11/5/2014 | | Method and apparatus for browsing using alternative linkbases | Pending |
| | 14/535,128 | 11/6/2014 | | | Pending |