# Exhibit B-2

# EXHIBIT B2

# UNITED STATES PATENT NO. 8,850,507

# AT&T U-VERSE

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first computerized device set includes a continuous media player, the method comprising:

    receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving an indication of a particular control function related to a parameter of a presentation of a continuous media content on the first computerized device set, wherein the continuous media content includes video data;

    making available to a user a first user interface that allows the user to select to direct communications to the first computerized device set;

    making available to the user a second user interface that allows the user to select the particular control function related to a parameter of a presentation of the continuous media content; and,

    causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, the indication of the particular control function selected by the user via the second user interface to the first computerized device set for subsequent use by the continuous media player to control the presentation of the continuous media content on the first computerized device set.

Source: Claim 1 of US Patent 8,850,507

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first computerized device set includes a continuous media player, the method comprising:

The AT&T U-Verse apps provide remote control functionality that allows a user to use a mobile device to select and control media playback on a second device, such as a television coupled with an AT&T U-Verse Receiver.



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

3

| | |
|---|---|
| 1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first computerized device set includes a continuous media player, the method comprising: | AT&T U-Verse apps perform a method on a second computerized device set (e.g., a smartphone, a tablet) configured for wireless communication using a wireless communications protocol (e.g., 802.11 protocols) that enables wireless communication (e.g., communication over a wireless local area network) with a first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver), where the first computerized device set includes hardware/software for decoding and playing U-Verse content (i.e., a continuous media player). |

4

receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving an indication of a particular control function related to a parameter of a presentation of a continuous media content on the first computerized device set, wherein the continuous media content includes video data;

The AT&T U-Verse app, when run on a second computerized device set (e.g., smartphone, tablet), receives discovery information in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer (e.g., DIAL, Google Cast).




5

| | |
|---|---|
| receiving discovery information that is obtained in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving an indication of a particular control function related to a parameter of a presentation of a continuous media content on the first computerized device set, wherein the continuous media content includes video data; | The discovery information allows the U-Verse app on the second computerized device set (e.g., smartphone, tablet) to determine that the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver) is configured to receive playback control for continuous media content (e.g., a television show, movie, trailer) played on the first computerized device set, such as television shows, movies, and trailers.<br><br>  |

6

making available to a user a first user interface that allows the user to select to direct communications to the first computerized device set;

The AT&T U-Verse app provides a user interface that allows a user to direct remote control functionality to the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver).




7

making available to the user a second user interface that allows the user to select the particular control function related to a parameter of a presentation of the continuous media content; and,

The AT&T U-Verse app provides a user interface that allows a user to control playback of content (e.g., a television show).




8

| | |
|---|---|
| causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, the indication of the particular control function selected by the user via the second user interface to the first computerized device set for subsequent use by the continuous media player to control the presentation of the continuous media content on the first computerized device set. | When a user selects a remote control function using the AT&T U-Verse app, the application causes an identification of the control function (e.g., pause) to be transmitted over an 802.11 WLAN to the first computerized device set to facilitate control of content presentation on the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver). |

9

3. The method of claim 1, wherein the particular control function related to the presentation of the continuous media content on the first computerized device set allows the user to play, pause, rewind, or fast forward.




10

12. The method of claim 1, wherein the first computerized device set comprises a television.



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

11

14. The method of claim 1, wherein the second computerized device set comprises a wireless phone or tablet.



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

12