# Exhibit C-2

# EXHIBIT C2

# UNITED STATES PATENT NO. 8,914,840

# AT&T U-VERSE

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

    receiving discovery information that is obtained at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving and playing continuous media content;

    enabling navigation of a listing of on-demand continuous media content items, the on-demand continuous media content items being available to be accessed and presented on demand;

    making available to a user a first user interface that allows the user to select from the listing a particular on-demand continuous media content item to be presented to the user, wherein the particular on-demand continuous media content item includes a set of encoded video data;

    making available to the user a second user interface that allows the user to select to have the particular on-demand continuous media content item presented on either one of the first computerized device set and the second computerized device set;

    wherein, in the event the user selects, via the second user interface, to have the particular on-demand continuous media content item presented on the second computerized device set, causing the second continuous media player to decode the particular on-demand continuous media content item for presentation on the second computerized device set;

    wherein, in the event the user selects, via the second user interface, to have the particular on-demand continuous media content item presented on the first computerized device set, causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, at least a resource indicator, wherein the resource indicator comprises at least one of a URL, URI, and URN, from the second computerized device set to the first computerized device set, wherein the resource indicator facilitates obtaining the particular on-demand continuous media content item for presentation to the user on the first computerized device set; and

    wherein the second computerized device set includes a portable computerized device set.

Source: Claim 1 of US Patent 8,914,840

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

AT&T U-Verse apps provide remote control functionality that allows a user to use a mobile device to select and control media playback on a second device, such as a television coupled with an AT&T U-Verse receiver.



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

3

| | |
|---|---|
| 1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising: | AT&T U-Verse apps perform a method on a second computerized device set (e.g., a smartphone, a tablet) configured for wireless communication using a wireless communications protocol (e.g., 802.11 protocols) that enables wireless communication (e.g., communication over a wireless local area network) with a first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver), where the first computerized device set includes hardware/software for decoding and playing U-Verse content (i.e., a continuous media player) and the second computerized device set includes an AT&T U-Verse app (i.e., a continuous media player). |

4

receiving discovery information that is obtained at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving and playing continuous media content;

The AT&T U-Verse app, when run on a second computerized device set (e.g., smartphone, tablet), receives discovery information in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer (e.g., DIAL, Google Cast).




5

receiving discovery information that is obtained at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows a determination to be made at the second computerized device set that the first computerized device set is capable of receiving and playing continuous media content;

The discovery information allows the AT&T U-Verse app on the second computerized device set (e.g., smartphone, tablet) to determine that the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver) is configured to receive playback control for continuous media content (e.g., a television show, movie, trailer) played on the first computerized device set, such as television shows, movies, and trailers.




6

enabling navigation of a listing of on-demand continuous media content items, the on-demand continuous media content items being available to be accessed and presented on demand;

The AT&T U-Verse app provides a user interface that allows a user to browse and select content (e.g., a television show).




7

making available to a user a first user interface that allows the user to select from the listing a particular on-demand continuous media content item to be presented to the user, wherein the particular on-demand continuous media content item includes a set of encoded video data;

The AT&T U-Verse app provides a user interface that allows a user to browse and select on-demand continuous media content (e.g., a television show).




8

making available to the user a second user interface that allows the user to select to have the particular on-demand continuous media content item presented on either one of the first computerized device set and the second computerized device set;




The AT&T U-Verse app provides a user interface that allows a user to select to have on-demand continuous media content (e.g., a television show) presented on either one of the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver) and the second computerized device set (e.g., smartphone, tablet).

9

wherein, in the event the user selects, via the second user interface, to have the particular on-demand continuous media content item presented on the second computerized device set, causing the second continuous media player to decode the particular on-demand continuous media content item for presentation on the second computerized device set;

The AT&T U-Verse app allows a user to select to have on-demand continuous media content (e.g., a television show) presented on the second computerized device set (e.g., smartphone, tablet).

If the user selects via the user interface presented on the smartphone or tablet to have the continuous media content (e.g. television show) presented on the smartphone or tablet, the content is decoded and played on the smartphone or tablet.



10

| | |
|---|---|
| wherein, in the event the user selects, via the second user interface, to have the particular on-demand continuous media content item presented on the first computerized device set, causing to be wirelessly transmitted, in accordance with a wireless local area network protocol, at least a resource indicator, wherein the resource indicator comprises at least one of a URL, URI, and URN, from the second computerized device set to the first computerized device set, wherein the resource indicator facilitates obtaining the particular on-demand continuous media content item for presentation to the user on the first computerized device set; and | When a user selects an item of content for "casting" using the U-Verse app, a resource indicator for the selected content is transmitted over an 802.11 WLAN to the first computerized device set to facilitate presentation of the content on the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver). |

11

wherein the second computerized device set includes a portable computerized device set.



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

*See also*, page 10.

12