# Exhibit D-2

# EXHIBIT D2

# UNITED STATES PATENT NO. 8,640,183

# AT&T U-VERSE

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

    making available to a user a first user interface that allows the user to select a continuous media content to be presented to the user, wherein the continuous media content includes a set of encoded video data;

    making available to the user a second user interface that allows the user to select to have the continuous media content presented on either one of the first computerized device set and the second computerized device set;

    receiving discovery information at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows the second computerized device set to determine that the first computerized device set is capable of receiving the continuous media content and playing the continuous media content;

    wherein, in the event the user selects, via the second user interface, to have the continuous media content presented on the second computerized device set, the second media player decoding the continuous media content for presentation on the second computerized device set;

    wherein, in the event the user selects, via the second user interface, to have the continuous media content presented on the first computerized device set, wirelessly transmitting, in accordance with a wireless local area network protocol, at least a resource indicator, wherein the resource indicator comprises at least one of a URL, URI, and URN, from the second computerized device set to the first computerized device set, wherein the resource indicator facilitates obtaining the continuous media content for presentation to the user on the first computerized device set; and

    wherein the continuous media content is not presented on the second computerized device set during presentation on the first computerized device set, and the first user interface and the second user interface together comprise a unified media selection and presentation user interface, wherein the unified media selection and presentation user interface presents user input controls for selection of the continuous media content and for selection of either one of the first computerized device set and the second computerized device set for presentation of the continuous media content.

Source: Claim 1 of US Patent 8,640,183

1. A method for use in a second computerized device set which is configured for wireless communication using a wireless communications protocol that enables wireless communication with a first computerized device set, wherein the first and second computerized device sets include respective first and second continuous media players, the method comprising:

AT&T U-Verse applications perform a method on a second computerized device set (e.g., a smartphone, a tablet) configured for wireless communication using a wireless communications protocol (e.g., 802.11 protocols) that enables wireless communication (e.g., communication over a wireless local area network) with a first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver), where the first and second computerized device sets include a continuous media player (e.g., a U-Verse app, hardware/software for decoding and playing U-Verse content).



http://www.att.com/esupport/article.jsp?sid=KB411932&cv=813

3

making available to a user a first user interface that allows the user to select a continuous media content to be presented to the user, wherein the continuous media content includes a set of encoded video data;

AT&T U-Verse apps provides a user interface that allows a user to select continuous media content (e.g., a television show) to be presented. The content includes a set of encoded video data.



4

making available to the user a second user interface that allows the user to select to have the continuous media content presented on either one of the first computerized device set and the second computerized device set;

AT&T U-Verse apps provide a user interface that allows a user to select to have the continuous media content (e.g. a television program) presented on either the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver) or a second computerized device set (e.g., a smartphone or tablet).



5

receiving discovery information at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows the second computerized device set to determine that the first computerized device set is capable of receiving the continuous media content and playing the continuous media content;

AT&T U-Verse apps, when run on a second computerized device set (e.g., smartphone, tablet), receive discovery information regarding the presence of AT&T U-Verse receivers in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer.




6

receiving discovery information at the second computerized device set in accordance with a device management discovery protocol that is implemented at a communication layer above an internet protocol layer, and wherein the discovery information allows the second computerized device set to determine that the first computerized device set is capable of receiving the continuous media content and playing the continuous media content;

The discovery information allows the second computerized device set (e.g., smartphone, tablet) to determine that the first computerized device set (e.g., television coupled with an AT&T U-Verse receiver) is capable of receiving and playing continuous media content (e.g., a television show).




7

wherein, in the event the user selects, via the second user interface, to have the continuous media content presented on the second computerized device set, the second media player decoding the continuous media content for presentation on the second computerized device set;

The AT&T U-Verse app allows a user to select to have continuous media content (e.g., a television show) presented on the second computerized device set (e.g., smartphone, tablet).

If the user selects via the user interface presented on the smartphone or tablet to have the continuous media content (e.g., television show) presented on the second computerized device set (e.g., smartphone or tablet), the content is decoded and presented on the second computerized device set (e.g., smartphone, tablet).



8

| | |
|---|---|
| wherein, in the event the user selects, via the second user interface, to have the continuous media content presented on the first computerized device set, wirelessly transmitting, in accordance with a wireless local area network protocol, at least a resource indicator, wherein the resource indicator comprises at least one of a URL, URI, and URN, from the second computerized device set to the first computerized device set, wherein the resource indicator facilitates obtaining the continuous media content for presentation to the user on the first computerized device set; and | When a user selects an item of content for "casting" using the U-Verse app, a resource indicator for the selected content is transmitted over an 802.11 WLAN to the first computerized device set to facilitate playback of the content on the first computerized device set (e.g., television coupled with an AT&T U-Verse receiver). |

9

| | |
|---|---|
| wherein the continuous media content is not presented on the second computerized device set during presentation on the first computerized device set, and the first user interface and the second user interface together comprise a unified media selection and presentation user interface, wherein the unified media selection and presentation user interface presents user input controls for selection of the continuous media content and for selection of either one of the first computerized device set and the second computerized device set for presentation of the continuous media content. | When the continuous media content is presented on the first computerized device set (e.g., a television coupled with an AT&T U-Verse receiver), it is not played on the second computerized device set (e.g., smartphone, tablet).<br><br>As demonstrated above, the AT&T U-Verse app provides a unified user interface that allows for the selection and presentation of continuous media content.  The unified user interface (1) presents a user with controls that allows a user to select continuous media content and (2) presents a user with controls that allow the user to have the continuous media content presented on either the second computerized device set (e.g., smartphone, tablet) or the first computerized device set (e.g., television coupled with an AT&T U-Verse receiver). |

10